**K.G.M. and R.M.**

v.

**J.A.V. (Deceased) and S.V.**

**Petition of: S.V.**

**No. 366 WAL 2016**

Supreme Court of Pennsylvania.

November 3, 2016

## ORDER

PER CURIAM

**AND NOW**, this 3rd day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.